
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>CARMELITA PATI<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CRIMINAL CASE NO. 00-00068-001<br><br>**REQUEST FOR WAIVER OF FINE<br>BALANCE AND PENALTIES** |

On November 4, 2003, Carmelita D. Pati was sentenced in the District Court of Guam for Aiding and Abetting a Marriage Fraud, in violation of 18 U.S.C. § 1325(c) and 2. Ms. Pati was sentenced to a probation term of three years with the following conditions: that she submit to the mandated three drug tests upon placement on probation; obtain and maintain gainful employment; not incur any new lines of credit or debts without prior notice and approval of the U.S. Probation Office; submit financial statements to the U.S. Probation Office upon request; perform 200 hours of community service; pay a $2,000 fine; and pay a $100 special assessment fee.

Ms. Pati resides in the Central District of California and has been under the supervision of that district. In March 2004, the Central District of California Probation Office sent a payment of $180.00 to the District Court of Guam Clerk's Office. When contact was made to verify receipt of the payment, the probation office was informed that it had been received, but not processed yet. A later contact was made to the Clerk's Office by the probation office after it was noted that the payment had not been credited to the fine balance. At that time, the probation office was informed that the payment had never been received.

The Central District of California Probation Office then asked the Financial Litigation Unit of the U.S. Attorney's Office on Guam, to investigate the matter and were informed that any investigation should be conducted by the District Court of Guam or their office. In addition, the U.S. Attorney's Office declined to credit the $180.00 payment made.

**ORIGINAL**

ORDER RE: SPECIAL REPORT
Request for Waiver of Fine Balance and Penalties
Re: PATI, Carmelita
USDC Cr. Cs. No. 00-00068-001
February 23, 2006
Page 2

Information received from Ms. Pati's probation officer and a review of the District Court of Guam Fees Report, verify that Ms. Pati has made continuous payments towards her fine. According to District Court of Guam Clerk's Office, she currently has a fine balance of $78.61 and $170.00 in penalties.

On behalf of the Central District of California Probation Office, we are requesting that the remaining fine balance and penalties be waived. Our Office has requested assistance from the Central District of California Probation Office in conducting a trace on the $180.00 money gram. Attached is a copy of the March 2004 payment and Ms. Pati's District Court of Guam Fees Report for your review and disposition.

RESPECTFULLY submitted this 23RD day of February 2006.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: FOR: Judy Ann L. Ocampo
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: John T. Gorman, Federal Public Defender
    Marivic P. David, Assistant U.S. Attorney
    File

UNITED STATES PROBATION
# MEMORANDUM

DATE: March 09, 2004
REPLY TO
ATTN OF: U. S. PROBATION OFFICE
RONALD REAGAN FEDERAL BUILDING
SANTA ANA, CA 92701-

SUBJECT: PATI, CARMELITA D        DOCKET NO.: 1:00CR00068

TO: Clerk, District Court of Guam
4th Floor, U. S. Courthouse
520 West Soledad Avenue
Hagatna, GU 96910

---

| | |
|---|---|
| PACTS: | 89023 |
| DISTRICT OF ORIGIN: | GU |
| ENCLOSED: | Travelers Express Int'l MO |
| NO.: | 79182566793 |
| AMOUNT: | 180.00 |
| BALANCE: | 1,720.00 |
| TO APPLY ON: | Fine |
| SUBMITTED BY USPO: | AMY BELLAND (0113) |
| TELEPHONE NO.: | 714 338-2900 |

**COPY**

AMB:vv
Enclosure



PROB:CDC:11
Rev. 7/15/96

# District Court of Guam
# Fees Report



Case: CR-00-00068

Fee(s): Assessments/Fines; Restitution

| Date | Receipt | Remitter | Case / Fee | | Amount |
|---|---|---|---|---|---|
| 11/05/2003 | 0023364 | PATI, CARMELITA D. | | | |
| | | | CR-00-00068: CR-00-00068<br>USA vs CARMELITA D. PATI<br>Assessments/Fines<br>Check Info: 16-66/1220 #343 | | |
| | | | Assessments/Fines | $ | 100.00 |
| | | | Payment Type(s)<br>Check | $ | 100.00 |
| 06/02/2004 | 0024582 | PATI, CARMELITA D. | | | |
| | | | CR-00-00068: CR-00-00068<br>USA vs CARMELITA D. PATI<br>Assessments/Fines<br>M.O.#75-53/919,#79803059127 | | |
| | | | Assessments/Fines | $ | 100.00 |
| | | | Payment Type(s)<br>Money Order | $ | 100.00 |
| 06/08/2004 | 0024620 | PATI, CARMELITA D. | | | |
| | | | CR-00-00068: CR-00-00068<br>USA vs CARMELITA D. PATI<br>Assessments/Fines<br>Check Info: 16-66/1220 2431 #381 | | |
| | | | Assessments/Fines | $ | 100.00 |
| | | | Payment Type(s)<br>Check | $ | 100.00 |
| 07/12/2004 | 0024804 | PATI, CARMELITA D. | | | |
| | | | CR-00-00068: CR-00-00068<br>USA vs CARMELITA D. PATI<br>Assessments/Fines<br>Check Info: 16-66/2431 #390 | | |
| | | | Assessments/Fines | $ | 100.00 |
| | | | Payment Type(s)<br>Check | $ | 100.00 |
| 09/13/2004 | 0025133 | PATI, CARMELITA | | | |
| | | | CR-00-00068: CR-00-00068<br>USA vs CARMELITA PATI<br>Assessments/Fines<br>Check Info: 16-66/1220 #407 | | |
| | | | Assessments/Fines | $ | 100.00 |
| | | | Payment Type(s)<br>Check | $ | 100.00 |

# District Court of Guam
# Fees Report

Case: CR-00-00068

Fee(s): Assessments/Fines; Restitution

| Date | Receipt | Remitter | Case / Fee | Amount |
|---|---|---|---|---|
| 09/27/2004 | 0025212 | PATI, CARMELITA D. | CR-00-00068: CR-00-00068<br>USA vs CARMELITA D. PATI<br>Assessments/Fines<br>Check Info: 16-66/1220 #412 | |
| | | | Assessments/Fines | $ 100.00 |
| | | | Payment Type(s)<br>Check | $ 100.00 |
| 10/25/2004 | 0025336 | PATI, CARMELITA D. | CR-00-00068: CR-00-00068<br>USA vs CARMELITA D. PATI<br>Assessments/Fines<br>Check Info: 16-66/1220 #416 | |
| | | | Assessments/Fines | $ 100.00 |
| | | | Payment Type(s)<br>Check | $ 100.00 |
| 05/16/2005 | 0026402 | PATI, CARMELITA D. | CR-00-00068: CR-00-00068<br>USA vs CARMELITA D. PATI<br>Assessments/Fines<br>Check Info: 11-35/1210 #410834043 | |
| | | | Assessments/Fines | $ 891.39 |
| | | | Payment Type(s)<br>Check | $ 891.39 |
| 01/09/2006 | 0027887 | U.S. PROBATION OFFICE | CR-00-00068: USA v. Pati<br>Party: PATI, CARMELITA D. | |
| | | | Assessments/Fines | $ 430.00 |
| | | | Payment Type(s)<br>Check #412695417 11-35-1210 | $ 430.00 |