


**FILED**
DISTRICT COURT OF GUAM
APR - 7 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CARMELITA PATI,<br><br>    Defendant. | Criminal Case No. 00-00068<br><br>ORDER |

    This matter comes before the Court on the U.S. Probation Office's Request for Waiver of Fine Balance and Penalties. *See* Docket No. 31. However, the request is improper. Pursuant to 18 U.S.C. § 3573, such a request should be made by the Government. Accordingly, the request is **DENIED**.

    **SO ORDERED** this 07 day of April 2006.

    ROGER T. BENITEZ*
    District Court of Guam

---

*The Honorable Roger T. Benitez, United States District Judge for Southern District of California, by designation.

**ORIGINAL**