ORIGINAL

1 | PATI_C.pet

2 | LEONARDO M. RAPADAS
United States Attorney
3 | MARIVIC P. DAVID
Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam 96910
TEL: (671) 472-7332
6 | FAX: (671) 472-7215

7 | Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
MAY 23 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 00-00068 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | PETITION TO TRANSFER |
| v. | ) | PAYMENTS FROM THE CRIME |
| | ) | VICTIM FUND TO THE PENALTY |
| CARMELITA D. PATI, | ) | FUND (DEPOSIT FUND 109900) AND |
| | ) | REFUND OVERPAYMENT |
| Defendant. | ) | |

## PETITION

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully petitions this Court for the entry of an order transferring from the Crime Victim Fund to the Penalty Fund (fund 109900) and to refund the overpaid portion of the fine imposed against the Defendant in the above entitled action and in support hereof, states as follows:

1. On or about November 4, 2003, sentence was imposed by this Court against Defendant CARMELITA D. PATI (hereinafter referred to as "Defendant PATI"). Among other things, a $100.00 special assessment fee and a fine in the amount of $2,000.00 were ordered. See Attachment "A."

//

//

//

2. Defendant PATI made payments totaling $2,271.39 all of which were deposited to the Crime Victim Fund.

3. A total of $170.00 in penalties was assessed against Defendant PATI..

4. The following was imposed against Defendant:

| | |
|---|---|
| $ 100.00 | Amount of assessment fee |
| $2,000.00 | Amount of fine |
| $ 170.00 | Amount of penalty imposed |
| $2,271.39 | Amount collected (see attachment B) |
| $ 1.39 | Amount overpaid |

5. Plaintiff respectfully requests that the amount of $170.00 paid by Defendant PATI and deposited in the Crime Victims Fund be transferred to penalty fund (Deposit Fund 109900).

6. In the interest of justice, the amount of $1.39 paid by Defendant PATI be refunded to her by issuing a check in the amount of $1.39 to Carmelita D. Pati and mailing the check to her last known address.

7. Plaintiff further requests that any future payments made by defendant be refunded to her.

DATED this 22nd day of _____, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

AO 245B (Rev. 3/01) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of      GUAM

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| V. | (For Offenses Committed On or After November 1, 1987) |
| CARMELITA D. PATI | Case Number: CR-00-00068-001 |
| | JOHN T. GORMAN, Federal Public Defender |
| | Defendant's Attorney |

U.S. ATTORNEY'S OFFICE
DISTRICTS OF GUAM & NMI
NOV 10 2003
RECEIVED

DISTRICT COURT OF GUAM
FILED
NOV 07 2003
MARY L. M. MORAN
CLERK OF COURT

**THE DEFENDANT:**

[X] pleaded guilty to count(s)   I

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] was found guilty on count(s) _____ after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
| --- | --- | --- | --- |
| 18 USC 1325(c) & 18 USC 2 | Aiding and Abetting a Marriage Fraud | 04/27/2000 | I |

The defendant is sentenced as provided in pages 2 through    4    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[ ] Count(s) _____ [ ] is [ ] are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: December 20, 1971

Defendant's USM No.: 02041-093

Defendant's Residence Address:
5 Rambling Lane
Aliso Viejo, CA 92656

Defendant's Mailing Address:
Same as above

November 4, 2003
Date of Imposition of Judgment

_[signature]_
Signature of Judicial Officer

JOHN S. UNPINGCO, Chief Judge
Name and Title of Judicial Officer

Date

EOD 11-12-
A

DEFENDANT: CARMELITA D. PATI
CASE NUMBER: CR-00-00068-001

# PROBATION

The defendant is hereby sentenced to probation for a ___three (3) years___.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

☐ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 3/01) Judgment in a Criminal
           Sheet 4A — Probation

Judgment—Page 3 of 4

DEFENDANT:   CARMELITA D. PATI
CASE NUMBER: CR-00-00068-001

## ADDITIONAL PROBATION TERMS

1. Defendant shall not violate any federal state and local laws.

2. Defendant shall comply with the standard conditions of probation as set forth by the U.S. Probation Office.

3. Defendant shall not possesses a firearm or other dangerous weapon.

4. Defendant shall not use or possess illegal controlled substances; and shall submit to one urinalysis within 15 days after sentencing, and, to two more urinalysis thereafter.

5. Defendant shall obtain and maintain gainful employment.

6. Defendant shall not incur any new lines of credit or debts without prior notice and approval of the U.S. Probation Office.

7. Defendant shall submit financial statements to the U.S. Probation Office upon request; and

8. Defendant shall perform 200 hours of community service.

DEFENDANT: CARMELITA D. PATI
CASE NUMBER: CR-00-00068-001

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 100.00 | $ 2,000.00 | $ 0 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| TOTALS | $ | $ | |

☐ If applicable, restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for the ☐ fine and/or ☐ restitution.

☐ the interest requirement for the ☐ fine and/or ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

# District Court of Guam
# Fees Report

Date Range: 01/01/2003 - 05/22/2006  
Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution  
Case: CR-00-00068

| Date | Receipt | Remitter | Case / Fee | Amount |
|---|---|---|---|---|
| 11/05/2003 | 0023364 | PATI, CARMELITA D. | CR-00-00068: CR-00-00068<br>USA vs CARMELITA D. PATI<br>Assessments/Fines<br>Check Info: 16-66/1220 #343<br>    Assessments/Fines | $ 100.00 |
| | | | Payment Type(s)<br>    Check | $ 100.00 |
| 06/02/2004 | 0024582 | PATI, CARMELITA D. | CR-00-00068: CR-00-00068<br>USA vs CARMELITA D. PATI<br>Assessments/Fines<br>M.O.#75-53/919,#79803059127<br>    Assessments/Fines | $ 100.00 |
| | | | Payment Type(s)<br>    Money Order | $ 100.00 |
| 06/08/2004 | 0024620 | PATI, CARMELITA D. | CR-00-00068: CR-00-00068<br>USA vs CARMELITA D. PATI<br>Assessments/Fines<br>Check Info: 16-66/1220 2431 #381<br>    Assessments/Fines | $ 100.00 |
| | | | Payment Type(s)<br>    Check | $ 100.00 |
| 07/12/2004 | 0024804 | PATI, CARMELITA D. | CR-00-00068: CR-00-00068<br>USA vs CARMELITA D. PATI<br>Assessments/Fines<br>Check Info: 16-66/2431 #390<br>    Assessments/Fines | $ 100.00 |
| | | | Payment Type(s)<br>    Check | $ 100.00 |
| 09/13/2004 | 0025133 | PATI, CARMELITA | CR-00-00068: CR-00-00068<br>USA vs CARMELITA PATI<br>Assessments/Fines<br>Check Info: 16-66/1220 #407<br>    Assessments/Fines | $ 100.00 |
| | | | Payment Type(s)<br>    Check | $ 100.00 |

B

# District Court of Guam
# Fees Report

Date Range: 01/01/2003 - 05/22/2006  
Fee(s): Assessments/Fines; CVB Special Assessment/Fine; Restitution  
Case: CR-00-00068

| Date | Receipt | Remitter | Case / Fee | Amount |
|---|---|---|---|---|
| 09/27/2004 | 0025212 | PATI, CARMELITA D. | CR-00-00068: CR-00-00068<br>USA vs CARMELITA D. PATI<br>Assessments/Fines<br>Check Info: 16-66/1220 #412<br>　　Assessments/Fines | $ 100.00 |
| | | | Payment Type(s)<br>　　Check | $ 100.00 |
| 10/25/2004 | 0025336 | PATI, CARMELITA D. | CR-00-00068: CR-00-00068<br>USA vs CARMELITA D. PATI<br>Assessments/Fines<br>Check Info: 16-66/1220 #416<br>　　Assessments/Fines | $ 100.00 |
| | | | Payment Type(s)<br>　　Check | $ 100.00 |
| 05/16/2005 | 0026402 | PATI, CARMELITA D. | CR-00-00068: CR-00-00068<br>USA vs CARMELITA D. PATI<br>Assessments/Fines<br>Check Info: 11-35/1210 #410834043<br>　　Assessments/Fines | $ 891.39 |
| | | | Payment Type(s)<br>　　Check | $ 891.39 |
| 01/09/2006 | 0027887 | U.S. PROBATION OFFICE | CR-00-00068: USA v. Pati<br>Party: PATI, CARMELITA D.<br>　　Assessments/Fines | $ 430.00 |
| | | | Payment Type(s)<br>　　Check #412695417 11-35-1210 | $ 430.00 |
| 05/03/2006 | 0028510 | PATI, CARMELITA D. | CR-00-00068: USA v. Pati<br>Party: PATI, CARMELITA D.<br>　　Assessments/Fines | $ 250.00 |
| | | | Payment Type(s)<br>　　Check #414011551 11-35/1210 | $ 250.00 |