

FILED
DISTRICT COURT OF GUAM
MAY 24 2006
MARY L.M. MORAN
CLERK OF COURT

DEPARTMENT OF JUSTICE

**CERTIFICATE OF RELEASE OF LIEN**
IMPOSED PURSUANT TO THE ANTI-TERRORISM AND
EFFECTIVE DEATH PENALTY ACT OF 1996

UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICT OF GUAM

I hereby certify that as to the following named debtor the requirements of section 3613(a)(1) of Title 18 of the United States Code have been satisfied with respect to the judgment enumerated below, together with all statutory additions; and that the lien or Judgment was recorded on **December 12, 2003**, as instrument number **685251**, is hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition.

Name of Defendant: Carmelita D. Pati     Address: Aliso Viejo, CA 92656
        SSN: XXX-XX-7371
        DOB: XX-XX-1971

Court Imposing Judgment: U.S. District Court of Guam
    Court Number: CR 00-00068

Amount of Judgment: $2,000.00 Fine

Place of filing: Guam

WITNESS my hand at Hagåtña, Guam, on this, the 22nd day of May, 2006.

_____
MARIVIC P. DAVID
Assistant U.S. Attorney