PATI_C.ord

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM
MAY 26 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CARMELITA D. PATI,<br><br>　　　　Defendant. | CRIMINAL CASE NO. 00-00068<br><br>**O R D E R**<br><br>Re: United States Petition to Transfer Payments from the Restitution Fund to the Penalty Fund (Deposit Fund 109900) and Refund Overpayment |

Based upon the Plaintiff's Petition to Transfer Payments from the Restitution Fund to the Penalty Fund (Deposit Fund 109900) and Refund Overpayment, the Court hereby orders the amount of $170.00 shall be transferred from the Crime Victims Fund (Deposit Fund 504100) to the Penalty Fund (Deposit Fund 109900) and applied as payment of the penalty imposed in this case against defendant. The Court further orders the overpaid portions of the fine in the amount of $1.39 shall be refunded to Carmelita D. Pati by mailing a check to her last known address as provided by the plaintiff. Any future payments made by Defendant Carmelita D. Pati shall be refunded to her.

**IT IS SO ORDERED**, this 26th day of May 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

ORIGINAL