PATI_C.ord

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARMELITA D. PATI,<br><br>Defendant. | CRIMINAL CASE NO. 00-00068<br><br>**A M E N D E D<br>O R D E R**<br><br>Re: United States Petition to Transfer Payments from the Crime Victim Fund to the Penalty Fund (109900) and Refund Overpayment |

Based upon the Plaintiff's Petition to Transfer Payments from the Crime Victims Fund to the Penalty Fund (109900) and Refund Overpayment, the Court hereby orders the amount of $170.00 shall be transferred from the Crime Victims Fund (504100) to the Penalty Fund (109900), and applied as payment of the penalty imposed in this case against defendant. Additionally, $1.39 shall be transferred from the Crime Victims Fund (504100) to the Restitution Fund (6855XX) for refund of overpayment. The Court further orders that the overpayment of $1.39 shall be refunded to Carmelita D. Pati by mailing a check to her last known address as provided by the plaintiff. Any future payments made by Defendant Carmelita D. Pati shall be refunded to her.

**IT IS SO ORDERED**, this 31st day of May 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE
District Court of Guam